Marᴄʜ 17, 1975*

No. 74–515.  B–H Tʀᴀɴsꜰᴇʀ Co. v. Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs ᴇᴛ ᴀʟ.  Appeal from D. C. M. D. Ga.  Motion of American Short Line Railroad Assn. for leave to file a brief as *amicus curiae* granted.  Judgment affirmed.

No. 74–664.  Sɪʟᴠᴇʀs v. Dᴏᴡʟɪɴɢ, Jᴜᴅɢᴇ.  Appeal from Sup. Ct. La. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–780.  Hᴜᴍᴘʜʀᴇʏs ᴇᴛ ᴀʟ. v. Hᴜᴍᴘʜʀᴇʏs ᴇᴛ ᴀʟ. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 74–924.  Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Fɪᴅᴇʟɪᴛʏ & Gᴜᴀʀᴀɴᴛʏ Co. v. Cɪᴛʏ ᴏꜰ Sᴘᴀʀᴛᴀɴʙᴜʀɢ ᴇᴛ ᴀʟ.  Appeal from Sup. Ct. S. C. dismissed for want of substantial federal question.

No. 74–684.  Wᴇsᴛʙʏ, Sᴇᴄʀᴇᴛᴀʀʏ, Sᴏᴜᴛʜ Dᴀᴋᴏᴛᴀ Dᴇᴘᴀʀᴛᴍᴇɴᴛ ᴏꜰ Sᴏᴄɪᴀʟ Sᴇʀᴠɪᴄᴇs, ᴇᴛ ᴀʟ. v. Dᴏᴇ.  Appeal from D. C. S. D.  Motion of National Black Feminist Organization et al. for leave to file a brief as *amici curiae* granted.  Judgment vacated and case remanded for further consideration in light of *Hagans* v. *Lavine*, 415 U. S. 528, 543–545 (1974).

---

*Mʀ. Jᴜsᴛɪᴄᴇ Dᴏᴜɢʟᴀs took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date.